# United States Bankruptcy Court
### District of Delaware

In re   **Farnbacher Loles Partners, LLC**

Debtor(s)

Case No.  **09-14456**
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   2-4-10

/s/ Alan A. Lourenco, Manager
Alan A. Lourenco, Manager/
Signer/Title

FARNBACH.TXT

09-14456

Ace Trailer Leasing
121 Pine Orachard Road
Branford, CT 06405

AFLAC
1932 Wynton Road
Columbus, GA 31999

Anthem Blue Cross Blue Shield
370 Bassett Road
North Haven, CT 06473

API, LLC
5450 Technology Parkway
Braselton, GA 30517

AT&T
PO Box 8110
Aurora, IL 60507-8110

Bertil Lundqvist

Carlisle, Darrell
1224 Daleview Drive
McClean, VA 22102

Carquest
32 Stony Hill Rd
Bethel, CT 06801

Cerreta Waste System
54 Danbury Rd., #419
Ridgefield, CT 06877

Chiou, Brendan
3 Lena Meadows
Amesbury, MA 01913

Citibank N.A.
399 Post Rd W.
Westport, CT 6880

Citibank N.A.-Line of Credit
399 Post Rd W.
Westport, CT 6880

Coachtrim
45A Miry Brook Road
Danbury, CT 06810

Connecticut Light & Power
PO Box 270
Hartford, CT 06141-0270

Crystal Rock LLC
1050 Buckingham St.
Watertown, CT 06795

CVR/PCA
PO Box 61
Northford, CT 06472

FARNBACH.TXT

Danbury Audi
25 Sugar Hollow Rd
Danbury, CT 06810

Danbury VW
29 Sugar Hollow Road
Danbury, CT 06810-7419

Enterprise Rent-A-Car
2 Prindle Lane
Danbury, CT 06810

Eriksson Industries
146 B Elm Street
Old Saybrook, CT 06475

Excellence Magazine
42 Digital Dr., #5
Novato, CA 94949

Exoticsrally.com
86 Woodbury Road
Hicksville, NY 11801

Farnbacher Loles Bodywerks
89 Triangle St.
Danbury, CT 06810

Featherlite Credit
PO Box 1170
Milwaukee, WI 53201

FeatherLite Trailers
Hwy 63 & 9; P.O. Box 320
Cresco, IA 52136

Ford Credit
Box 220564
Pittsburgh, PA 15257-2564

G Box
5757 Arapahoe Ave.
Unit C1 East
Boulder, CO 80303

GE Capital
PO Box 642555
Pittsburgh, PA 15264-2555

Gerling Sports Marketing, Inc.
d/b/a Gerling Sports Travel
Mark Gerling
301 S. Central Avenue
Flagler Beach, FL 32136

Grainger
15 Starr Rd, Ste. C
Danbury, CT 06810-4017

Gruppe C Motorsport Verlag GmbH
Tim Upietz
AM Golfplatz 60

FARNBACH.TXT

Duisberg
Germany 47269

Guard Transmission
PO Box 280
Meadow Vista, CA 95722

Hohman Plating
814 Hillrose Avenue
Dayton, OH 45404-1132

Hutch BSR Products
4030 Concord Parkway S.
Concord, NC 28027

Infineon Raceway, LLC
29681 Arnold Drive
Sonoma, CA 95476

Interstate Batteries
569 Commerce Dr.
Fairfield, CT 06825

J. Patrick McDowell
69 Parkwood Blvd.
Poughkeepsie, NY 12603

Jeska Products, LLC
240 Forest Rd.
Stratford, CT 06615-1648

Johnson, Steve

K&K Insurance
1712 Magnavox Way
Fort Wayne, IN 46804

L.F. Powers Co., Inc
40 South Fifth Street
Waterbury, CT 06708-4202

Lacey, Dave

Levine Automotive
118 South Street
Danbury, CT 06810

Lux, Christopher
c/o RQC Ltd.
370 Youngs Road
Williamsville, NY 14221

Marion Champlain
Hospitality/Meals at Races)
189 Gibbs Ave.
Newport, RI 02840

Marsal, Michael
400 Guardhill Road
Bedford, NY 10506

Metro NY PCA Advertising
Kim Van Pala

Page 3

FARNBACH.TXT

244 Madison Avenue, Suite 12J
New York, NY 10016

Miry Brook Properties, LLC
45a Miry Brook Road, Unit 3
Danbury, CT 06810

Miry Brook Properties, LLC
45a Miry Brook Road
Danbury, CT 06810

Myers Tire Supply
1293 South Main Street
Akron, OH 44301

Nicholson Associates, Inc.
395 New Haven Avenue
Milford, CT 06460

O G Racing
22585-D Markey Ct.
Sterling, VA 20166

Pepe Performance Cars
15 Water St.
White Plains, NY 10601

PMNA
3203 South Shannon Street
Santa Ana, CA 92704

Porsche Club of America, Inc.
8003 Forbes Place
Suite 310
Springfield, VA 22151

Porsche Motorsport, NA
3203 South Shannon Street
Santa Ana, CA 92704

Pratt Miller BMW
29600 W. K. Smith Drive
New Hudson, MI 48165

Richard P. Heffering
129 Dingletown Rd.
Greenwich, CT 06830-3518

Ridgefield Printing
199 Ethan Allen Highway/Route 7
Ridgefield, CT 06877

Sachs
ZF Sachs Race Engineering NA
15811 Centennial Dr.
Northville, MI 48168

Safety Kleen
5360 Legacy Drive
Building 2 Suite 100
Plano, TX 75024

Schenker Inc

FARNBACH.TXT

150 Albany Ave.
Freeport, NY 11520

Selective Insurance Company of America
Box 371468
Pittsburgh, PA 15250-7468

Snap-on Tools
P.O. Box 1410
Kenosha, WI 53141-1410

Specialty Equipment Market Association
SEMA
PO Box 512029
Los Angeles, CA 90051

Spencer Cox
102 Indian Trail
New Milford, CT 06776

Spur Communications Inc
Sylvia L. Proudfoot
4734 Elbow Drive SW
Calgary, Alberta
Canada T2S 2K8

SSF Imported Auto parts
PO Box 45329
San Francisco, CA 94080

Stable Energies
175 Passaic Street
Garfield, NJ 07026

Steven Taft
1196 Lake Colony Drive
Marietta, GA 30068

Sugar Hill Auto Collision
1173 Hillcrest Dr.
Sugar Hill, GA 30518

Tancredi, Jon
1113 Evans Rd.
Lower Gwyned, PA 19002

Tarrett Engineering
10755-F Scripps-Poway Pkwy
San Diego, CA 92131

Tech Air
465 Knollwood Road
White Plains, NY 10603-1914

Tire Rack
7101 Vorden Parkway
South Bend, IN 46628

Total Lubricants USA, Inc.
5 North Stiles Street
Linden, NJ 07036-4208

Triple A Manufacturing

FARNBACH.TXT

4 Paul St.
Bethel, CT 06801

UPS
PO Box 650580
Dallas, TX 75265-0580

Wemmell Associates
87 Church St.
East Hartford, CT 06108

Werner, Dick
Holunderweg 31
Kissenbrueck
Germany 38324

Winzer
10560 Markison Road
Dallas, TX 75238-1694

Wolf Henzler
Stuttgarter St. 51
Nuertingen
Germany 72622

Worldpac
37137 Hickory Street
Newark, CA 94560-5522

Wurth
93 Grant Steet
Ramsey, NJ 07446-1179

Yankee Gas
P.O Box 150492
Hartford, CT 06115

Yarab, Ronald M., M.D.
1359 E.Calla Rd.
Poland, OH 44514

Zugel, Christian
35 Middletown Road
Holmdel, NJ 07733